**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| MARVASE J. SPELL, | No. 61 WM 2015 |
| Petitioner | |
| v. | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | |
| Respondent | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 22nd day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.